ANDREW Z. MICHAELSON
Tel.: (212) 426-2300
E-mail: AMichaelson@BSFLLP.com

November 6, 2016

**BY ECF**
The Honorable Catherine C. Eagles
United States District Judge
324 W. Market Street
Greensboro, NC 27401

Re: *North Carolina Democratic Party V. North Carolina Republican Party, Donald J. Trump For President, Inc., Roger J. Stone, Jr., And Stop The Steal Inc.*, No. 16 Civ. 1288 (CCE)

Dear Judge Eagles:

I represent the North Carolina Democratic Party, Plaintiff in the above-captioned matter. I write this letter to update the Court as to the status of the parallel proceeding in Ohio that Plaintiff's Counsel referenced in Plaintiff's Memorandum of Law in Support of Temporary Restraining Order And/Or Preliminary Injunction ("Memorandum"), filed in this Court on November 4, 2016.

In the Memorandum, we explained that the Honorable James S. Gwin, United States District Judge in the Northern District of Ohio, issued a temporary restraining order on that same day enjoining certain parties and associated persons from engaging in activities that would have the effect of intimidating, harassing, or coercing voters. *See* Memorandum (DE # 6) at 1, fn.1; *see also* Memorandum Exhibit 7 (DE # 6-9).

On November 6, 2016, the Court of Appeals for the Sixth Circuit granted an emergency motion to stay the temporary restraining order referenced above. I have attached that Order as Exhibit 1. Today, the plaintiff in that matter filed an emergency application in the Supreme Court of the United States to vacate the stay. I have attached that application as Exhibit 2. We will continue to keep this Court apprised of any developments in that proceeding.

Respectfully submitted,

Andrew Z. Michaelson

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2016, a copy of the foregoing Letter was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served in accordance with the Federal Rules of Civil Procedure. Parties may access this filing through the Court's System.

11/06/2016

Respectfully submitted,

/s/

John R. Wallace (NC Bar No. 7374)
WALLACE & NORDAN L.L.P.
3737 Glenwood Ave., Suite 260
Post Office Box 12065 (27605)
Raleigh, North Carolina 27612
Telephone: (919) 782-9322
Facsimile: (919) 782-8113
JRWallace@WallaceNordan.com