UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:16-cv-1288

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NORTH CAROLINA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., AND STOP THE STEAL, INC., | ) ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SUGGESTION OF SUBSEQUENT AUTHORITY

PLEASE TAKE NOTICE of the subsequent pertinent order of the Supreme Court of the United States of America entered in the case *Ohio Democratic Party v. Donald J. Trump for President, et al.* on November 7, 2016. Pursuant to M.D.N.C. L.R. 7.3(i), a copy of said Order is attached hereto as Exhibit A and incorporated herein by reference.

This the 7th day of November, 2016.

                                           **SHANAHAN LAW GROUP, PLLC**

By:    */s/ John E. Branch III*
           Kieran J. Shanahan, NCSB# 13329
           John E. Branch III, NCSB# 32598
           128 E. Hargett Street, Third Floor
           Raleigh, North Carolina 27601
           Telephone: (919) 856-9494
           Facsimile: (919) 856-9499
           kieran@shanahanlawgroup.com
           jbranch@shanahanlawgroup.com

*Local 83.1 Counsel*
James M. Burnham
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
jmburnham@jonesday.com

## CERTIFICATE OF SERVICE

        I hereby certify that the foregoing **Notice of Suggestion of Subsequent Authority** was filed this the 7th day of November, 2016 with the Clerk of Court using the CM/ECF system. Parties may access this filing through the Court's Electronic Filing System. Notice of this filing will be sent to the following counsel of record by operation of the Court's Electronic Filing System:

>John R. Wallace
>Wallace & Nordan, LLP
>3737 Glenwood Avenue, Suite 260
>Raleigh, NC 27612
>
>Marc E. Elias
>Perkins Coie, LLP
>700 Thirteenth Street N.W., Suite 600
>Washington, D.C. 20005-3960

                                            **SHANAHAN LAW GROUP, PLLC**

        By:    */s/ John E. Branch III*
                      Kieran J. Shanahan, NCSB# 13329
                      John E. Branch III, NCSB# 32598
                      128 E. Hargett Street, Third Floor
                      Raleigh, North Carolina 27601
                      Telephone: (919) 856-9494
                      Facsimile: (919) 856-9499
                      kieran@shanahanlawgroup.com
                      jbranch@shanahanlawgroup.com

4

5