# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 1:16-cv-1288

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA REPUBLICAN PARTY, DONALD J. TRUMP FOR PRESIDENT, INC., ROGER J. STONE, JR., AND STOP THE STEAL, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUGGESTION OF SUBSEQUENT AUTHORITY

PLEASE TAKE NOTICE of the subsequent pertinent memorandum of the Honorable Judge Paul S. Diamond of the United States District Court for the Eastern District of Pennsylvania entered in the case of *Pennsylvania Democratic Party v. Republican Party of Pennsylvania, et al.* on November 7, 2016. Pursuant to M.D.N.C. L.R. 7.3(i), a copy of said Memorandum is attached hereto as Exhibit A and incorporated herein by reference.

This the 7th day of November, 2016.

SHANAHAN LAW GROUP, PLLC

By:    */s/ John E. Branch III*
       Kieran J. Shanahan, NCSB# 13329
       John E. Branch III, NCSB# 32598
       128 E. Hargett Street, Third Floor
       Raleigh, North Carolina 27601
       Telephone: (919) 856-9494
       Facsimile: (919) 856-9499
       kieran@shanahanlawgroup.com
       jbranch@shanahanlawgroup.com

1

*Local 83.1 Counsel*
James M. Burnham
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
jmburnham@jonesday.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing **Notice of Suggestion of Subsequent Authority** was filed this the 7<u>th</u> day of November, 2016 with the Clerk of Court using the CM/ECF system. Parties may access this filing through the Court's Electronic Filing System. Notice of this filing will be sent to the following counsel of record by operation of the Court's Electronic Filing System:

> John R. Wallace
> Wallace & Nordan, LLP
> 3737 Glenwood Avenue, Suite 260
> Raleigh, NC 27612
>
> Marc E. Elias
> Perkins Coie, LLP
> 700 Thirteenth Street N.W., Suite 600
> Washington, D.C. 20005-3960

**SHANAHAN LAW GROUP, PLLC**

By:     */s/ John E. Branch III*
Kieran J. Shanahan, NCSB# 13329
John E. Branch III, NCSB# 32598
128 E. Hargett Street, Third Floor
Raleigh, North Carolina 27601
Telephone: (919) 856-9494
Facsimile: (919) 856-9499
kieran@shanahanlawgroup.com
jbranch@shanahanlawgroup.com

3