UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA DEMOCRATIC
PARTY,

                Plaintiff,

  v.

NORTH CAROLINA REPUBLICAN PARTY,
DONALD J. TRUMP FOR PRESIDENT, INC.,
ROGER J. STONE, JR., and STOP THE
STEAL INC.,

                Defendants.

Civil Action No. 1:16-cv-01288

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff North Carolina Democratic Party, through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed.

Dated: November 9, 2016

/s/ John R. Wallace

John R. Wallace (NC Bar No. 7374)
WALLACE & NORDAN L.L.P.
3737 Glenwood Ave., Suite 260
Post Office Box 12065 (27605)
Raleigh, North Carolina 27612
Telephone: (919) 782-9322
Facsimile: (919) 782-8113
JRWallace@WallaceNordan.com

Marc E. Elias
PERKINS COIE LLP
700 Thirteenth Street N.W., -Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com

Michael J. Gottlieb
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, N.W.
Washington, DC 20015
(202) 237-2727
mGottlieb@bsfllp.com

Dawn L. Smalls
Bret Vallacher
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300
dsmalls@bsfllp.com
bvallacher@bsfllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a Notice of Electronic Filing was transmitted to counsel of record.

/s/ John R. Wallace

John R. Wallace (NC Bar No. 7374)
WALLACE & NORDAN L.L.P.
3737 Glenwood Ave., Suite 260
Post Office Box 12065 (27605)
Raleigh, North Carolina 27612
Telephone: (919) 782-9322
Facsimile: (919) 782-8113
JRWallace@WallaceNordan.com